UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **HELEN RYERSON AYERS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JAMES L. AYERS and CENTRAL** )<br>**ILLINOIS MANUFACTURING** )<br>**COMPANY, an Illinois Corporation doing** )<br>**business as Cim-Tek Filtration,** )<br>)<br>**Defendants.** ) | Case No. 11-2208 |

**ORDER**

On February 22, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#12) in this case. Judge Bernthal recommended that Defendant's Motion to Dismiss (#6) be denied. Neither party filed an objection to Judge Bernthal's Report and Recommendation (#12) within fourteen days after being served with a copy, as allowed by 28 U.S.C. § 636(b)(1), therefore both parties have waived any objections to the denial of the motion to dismiss on appeal. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). This court has carefully reviewed Judge Bernthal's Report and Recommendation (#12). Following this careful and thorough review, this court agrees with and accepts Judge Bernthal's Report and Recommendation (#12).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#12) is accepted by this court.

(2) Defendants' Motion to Dismiss (#6) is DENIED.

ENTERED this 26th day of March, 2012

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE