Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **HELEN RYERSON AYERS** | ) |
| | ) |
| vs. | ) Case Number: **11-2208** |
| | ) |
| **JAMES L. AYERS, et al.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came to hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice and terminated.

**Dated:** March 28, 2013

　　　　　　　　　　　　　　　　　　　s/ Kenneth A. Wells
　　　　　　　　　　　　　　　　　　　Kenneth A. Wells
　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court